```
1  JOSEPH RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-7000

7  Attorneys for the United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>DENISE SALADO, Revenue Officer,<br><br>   Petitioners,<br><br>   v.<br><br>THOMAS NEAL,<br><br>   Respondent. | )<br>) NO. 09-2218-JSW<br>)<br>)<br>)<br>) **NOTICE OF DISMISSAL**<br>) **and [Proposed] ORDER**<br>)<br>)<br>)<br>) |

Petitioners, United States of America and Denise Salado, Revenue Officer, hereby advise the Court that respondent, Thomas Neal, has complied with the Internal Revenue Service summons and request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

```
                                        JOSEPH RUSSONIELLO
                                        United States Attorney

Dated: July 30, 2009                    /s/ Cynthia Stier
                                        CYNTHIA STIER
                                        Assistant United States Attorney
                                        Tax Division
//
```

**ORDER**

Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is hereby dismissed.

**ORDERED** this   30   day of   July                  , 2009, at San Francisco, California.

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge

Notice of Dismissal and
[Proposed] Order,
US v. Thomas Neal,
Case No. 09-2218-JSW